**IN THE NORTHERN DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **GREEN LIGHT NATIONAL, LLC, a** | ) | |
| **Nevada limited liability company,** | ) | |
| | ) | |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | **Case No. 1:17-cv-06370** |
| | ) | |
| **SCOTT KENT, a Florida citizen, BRUCE** | ) | **Judge Robert M. Dow, Jr.** |
| **RICHARDS, an Indiana citizen, and BRUT** | ) | |
| **LIGHTING, LLC a Florida limited** | ) | |
| **liability company,** | ) | |
| | ) | |
| *Defendants*. | ) | |

**DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE**
**RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**

Defendants Scott Kent, Bruce Richards, and Brut Lighting, LLC, respectfully move for an extension of time, from September 27, 2017 to October 27, 2017, in which to file their responsive pleading to Plaintiff Green Light National, LLC's Complaint. In support of this motion, Defendants state as follows:

1. Defendants were served with the Complaint on September 6, 2017.

2. Pursuant to Federal Rule of Civil Procedure 12(a)(1), Defendants' responsive pleading is due on September 27, 2017.

3. Defendants respectfully request a 30-day extension of time, to October 27, 2017, to file their responsive pleading.

4. This request is made in light of the press of litigation deadlines in other matters in which Defendants' counsel are involved including, among others:

    a. ***Drueke v. FirsTime Design Limited, et al.*, Case No. 2:17-cv-01061**, a shareholder/director dispute pending in United States District Court for the Eastern District

of Wisconsin, in which C/S represents the defendant directors, and in which C/S recently responded to an expedited request for preliminary injunctive relief, and in which defendants' responsive pleading is due on October 10, 2017.

      b.      ***Blueblade Capital Opportunities, LLC, et. al c. SciQuest, Inc.***, **Case No. C.A. No. 12831**, an appraisal action pending in the Court of Chancery of the State of Delaware, in which C/S represents the Respondent, and in which the parties have been preparing for nine depositions beginning in early October.

      c.      ***Paula Klein Zeid v. Universal Scrap Metals, Inc. et. al.***, **Case No. 15 L 5874**, a contract dispute pending in the Circuit Court of Cook County, in which C/S represents the plaintiff and is currently preparing an opposition to motion for summary judgment.

5.      Defendants' counsel reached out to Plaintiff's counsel by telephone and email concerning this motion, but have not received a response, thereby necessitating the filing of this motion as opposed.

6.      This motion is brought in good faith and not for any improper purpose, and this is Defendants' first request for an extension of time in this matter.

**WHEREFORE**, Defendants Scott Kent, Bruce Richards, and Brut Lighting, LLC respectfully request that this Court extend the filing deadline for Defendants' responsive pleading to Plaintiff's Complaint from September 27, 2017 to October 27, 2017.

Dated: September 25, 2017

Respectfully submitted,

**SCOTT KENT, BRUCE RICHARDS,
AND BRUT LIGHTING, LLC**

By: /s/ Sara L. Siegall_____
      One of Their Attorneys

Peter M. Spingola (6243942)
Sara Siegall (6297622)
Melody L. Gaal (6320640)
**CHAPMAN SPINGOLA, LLP**
190 S. LaSalle Street, Suite 3850
Chicago, IL 60603
(312) 630-9202 (phone)
(312) 630-9233 (fax)
pspingola@chapmanspingola.com
ssiegall@chapmanspingola.com
mgaal@chapmanspingola.com

**<u>CERTIFICATE OF SERVICE</u>**

I, Sara Siegall, counsel for Defendants Scott Kent, Bruce Richards, and Brut Lighting, LLC, hereby certify that on September 25, 2017, I caused the foregoing to be electronically filed with the Clerk of the Court by using the CM/ECF electronic filing system, which will send a notice of electronic filing to counsel of record.

/s/ Sara Siegall_____